US MAGISTRATE JUDGE CHERYL L. POLLAK　　　　DATE: 11/12/15

TIME SPENT: _____

DOCKET NO. 15 CV 2622

CASE: Lewis v City

___ INITIAL CONFERENCE　　　　___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE　　___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE　　___ TELEPHONE CONFERENCE
___ MOTION HEARING　　　　　　___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

___ COMPLETED　　　　　　_____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

_____

FOR DEFENDANT: _____

_____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____　　DEF. TO SERVE PL. BY: _____

RULINGS:

Case settled