UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

Brian Lewis,

                                               Plaintiff,

                -against-

The City of New York, et al.,

                                              Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-2622 (SJ) (CLP)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

**[Remainder of page left intentionally blank]**

1.  The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       Nov 18, 2015

| | |
|---|---|
| OFFICE OF MICHAEL S. LAMANSOFF<br>*Attorneys for Plaintiff*<br>32 Old Slip<br>New York, New York 10005<br><br>By: _____<br>Matthew B. Shroyer<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____ 11-20-15<br>Peter Fogarty<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015